IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

PATRICIA WILLIAMS                                                                                      PLAINTIFF

VS.                                                                          CIVIL ACTION NO. 1:10CV8-SA-JAD

LIBERTY NATIONAL LIFE INSURANCE COMPANY                                                      DEFENDANT

## ORDER COMPELLING ARBITRATION AND DISMISSING ACTION

The Court having been advised by the parties that a written agreement to arbitrate in commerce exists between the Defendant and Plaintiff, that the arbitration agreement covers all of the Plaintiff's claims in this action, that the Plaintiff agrees to arbitrate pursuant to the arbitration agreement, and that good cause exists,

**IT IS HEREBY ORDERED** that:

1. All claims alleged by the Plaintiff against the Defendant, in *Patricia Williams v. Liberty National Life Insurance Company,* 1:10CV8-SA-JAD, United States District Court for the Northern District of Mississippi, Eastern Division, are ordered to arbitration in accordance with the arbitration agreement between the parties;

2. All proceedings against the Defendant are dismissed without prejudice in *Patricia Williams v. Liberty National Life Insurance Company,* 1:10CV8-SA-JAD, United States District Court for the Northern District of Mississippi, Eastern Division; and

3. The Court retains jurisdiction over this matter to confirm and/or enforce any arbitration award.

**SO ORDERED,** this the 24th day of February, 2010

/s/ Sharion Aycock
U. S. DISTRICT COURT JUDGE